**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| GOAL RECYCLING SERVICES, LLC | § | |
| | § | |
| V. | § | CAUSE NO.  5:22-cv-00362 |
| | § | |
| ERMIS VELIZ AND INTERSTATE | § | |
| CARRIER, LLC | § | |

# NOTICE OF REMOVAL

Defendant, Ermis Veliz, hereby provides notice of removal of this action from the 150th District Court, Bexar County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division, under 28 U.S.C. §§ 1441 and 1446.

1.    Goal Recycling filed this action in Bexar County District Court on March 22, 2022. The full case caption is *Goal Recycling Services, LLC v. Ermis Veliz and Interstate Carrier, LLC*, No. 2022CI05247, 150th District Court, Bexar County, Texas.

2.    This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because it is filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

3.    The Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000 and there is complete diversity among the plaintiff and Defendant Ermis Veliz. Specifically, Goal Recycling Services, LLC is a Texas limited liability company with its primary place of business in Texas. Ermis Veliz is a California citizen residing in Azusa, California.

4.    Removal to this Court is proper because 28 U.S.C. § 1446 requires defendants removing civil actions to file "in the district and division within which such action is pending."

5.      Defendant has attached copies of all process, pleadings, and orders served upon defendants

to this notice pursuant to 28 U.S.C. § 1446(a).

6.      Defendants consent to removal of this action and will promptly serve and file a copy of

this Notice of Removal in the underlying state court action.

Respectfully submitted,

**SHUMWAY VAN**

GERRIT SCHULZE   (TBN: 24084877)
13750 San Pedro Avenue, Suite 810
San Antonio, Texas 78232
(210) 503-2800 phone
(210) 503-2888 facsimile
Gerrit@Shumwayvan.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via electronic filing, facsimile, and/or email on this 14th day of April 2022 on the following counsel of record:

Mathis B. Bishop
mbishop@mdtlaw.com

GERRIT SCHULZE